**Benjamin ROBERTS, Petitioner–
Appellant,**

v.

**Gene M. JOHNSON, Respondent–
Appellee.**

No. 11–6160.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 26, 2011.

Decided: June 1, 2011.

Benjamin Roberts, Appellant Pro Se.

Before KING, SHEDD, and DIAZ,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Benjamin Roberts seeks to appeal the
district court's order dismissing as untimely his 28 U.S.C. § 2254 (2006) petition.
The order is not appealable unless a circuit
justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006).
A certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2006). When the district
court denies relief on the merits, a prisoner satisfies this standard by demonstrating
that reasonable jurists would find that the
district court's assessment of the constitutional claims is debatable or wrong. *Slack
v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *see Miller–
El v. Cockrell*, 537 U.S. 322, 336–38, 123
S.Ct. 1029, 154 L.Ed.2d 931 (2003). When
the district court denies relief on procedural grounds, the prisoner must demonstrate
both that the dispositive procedural ruling
is debatable, and that the petition states a
debatable claim of the denial of a constitutional right. *Slack*, 529 U.S. at 484–85,
120 S.Ct. 1595. We have independently
reviewed the record and conclude that
Roberts has not made the requisite showing. Accordingly, we deny a certificate of
appealability and dismiss the appeal. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*